No. 82–1038. MICHAELS, TRUSTEE OF MARIN MOTOR OIL, INC. *v.* OFFICIAL UNSECURED CREDITORS' COMMITTEE; and

No. 82–1094.   Marin Motor Oil, Inc., et al. v. Official Unsecured Creditors' Committee.   C. A. 3d Cir. Certiorari denied.   Reported below: 689 F. 2d 445.